| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-cr-260 (12) |
| | ) | JUDGE HAYNES |
| | ) | |
| FATAH HAJI HASHI (12) | ) | |

### DEFENDANT FATAH HAJI HASHI's MOTION TO JOIN PREVIOUSLY FILED MOTION (DE 1546)

Comes now Fatah Haji Hashi, by and through court appointed counsel, and moves this Court to allow him to join in the following motion:

Co-Defendant Salad's Motion for Hearing *Prior to Introduction of Evidence of Prior Bad Acts*; (DE 1546)

Defendant Fatah Hashi would also respectfully note for the Court that due to the typographical error identified in Defendant's Salad's above motion, Defendant Hashi requested (DE 851) and the Court granted, leave to respond to the corrected government's 404(b) notice (DE 856).

Respectfully submitted,

s/ John G. Oliva
JOHN G. OLIVA, 10566
Attorney at Law
1308 Rosa L. Parks Boulevard
Nashville TN 37208
615 254-0202
jgoliva@comcast.net

CJA Attorney for Fatah Hashi