UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-cr-260 (12) |
| | ) | JUDGE HAYNES |
| | ) | |
| FATAH HAJI HASHI (12) | ) | |

**DEFENDANT FATAH HAJI HASHI'S MOTION TO JOIN
MOTION TO REDUCE THE NUMBER OF PEREMPTORY CHALLENGES
FOR THE GOVERNMENT AND TO ALLOW DEFENSE COUNSEL TO
CONSULT REGARDING THE DEFENSE'S PEREMPTORY CHALLENGES (DE 1754)**

Comes now Fatah Haji Hashi, by and through court appointed counsel, and moves the Court to join in Defendant Musse Ahmed Ali's Motion To Reduce The Number Of Peremptory Challenges For The Government And To Allow Defense Counsel To Consult Regarding The Defense's Peremptory Challenges (DE 1754).

Respectfully submitted,

*[handwritten annotation: Granted. This motion is Granted. Will [signature] 3-5-12]*

s/ John G. Oliva
JOHN G. OLIVA, 10566
Attorney at Law
1308 Rosa L. Parks Boulevard
Nashville TN 37208
615 254-0202
jgoliva@comcast.net

CJA Attorney for Fatah Hashi