IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CASE NO. 3:10-00260-12 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| FATAH HAJI HASHI, | ) | |
| Defendant. | ) | |

# ORDER

Before the Court is Defendant Fatah Haji Hashi's motion in limine concerning the admissibility of alleged admissions (Docket Entry No. 1861) to which the Government filed a response (Docket Entry No. 1890) citing the absence of any identifiable confession. This motion is **DENIED without prejudice** to renew within seven (7) days from the date of entry of this Order and upon an identification of a statement by any defendant that the affected defendant contends was involuntarily under 18 U.S.C. § 3501.

It is so **ORDERED**.

**ENTERED** this 28th day of March, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge