PS 8 Revised 07
MD/TN Revised 10/10

☐ Interpreter Required

# UNITED STATES DISTRICT COURT
## for the
## MIDDLE DISTRICT OF TENNESSEE

U.S.A. vs. __Fatah Haji Hashi__    Docket No. __3:10-00260-12__

### Petition for Action on Conditions of Pretrial Release

COMES NOW __Burton Putman, Supervising__, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant __Fatah Haji Hashi__ who was placed under pretrial release supervision by the Honorable E. Clifton Knowles sitting in the Court at __Nashville, Tennessee__, on __May 4, 2012__, under the following conditions: Please reference the attached Order Setting Conditions of Release

Respectfully presenting petition for action of Court and for cause as follows:
Please reference page two of this document

I declare under penalty of perjury that the foregoing is true and correct.

| Burton Putman, Supervising | Nashville, TN | July 26, 2012 |
|---|---|---|
| U.S. Pretrial Services Officer | Place: | Date: |

**Next Scheduled Court Event**    Not Scheduled
                                   Event                Date

## PETITIONING THE COURT

☒ No Action                ☐ To issue an order setting a hearing on the petition
☐ To Issue a Warrant       ☐ Other

THE COURT ORDERS:
☒ No Action                       ☐ A Hearing on the Petition is set for
☐ The Issuance of a Warrant.
  ☐ Sealed Pending Warrant Execution
     (cc: U.S. Probation and U.S. Marshals only)    Date    Time
☐ Other

Considered and ordered this __26th__ day of __July__, __2012__, and ordered filed and made a part of the records in the above case.

__E. Clifton Knowles__
U.S. Magistrate Judge

Honorable E. Clifton Knowles
U.S. Magistrate Judge
Petition for Action on
Hashi, Fatah Haji
Docket No. 3:10-00260-012
July 26, 2012

On May 4, 2012, the defendant, Fatah Haji Hashi, was released by Your Honor on a Personal Recognizance bond and pretrial services supervision. The defendant almost immediately returned to Minneapolis, Minnesota, and has since been under the courtesy pretrial supervision of the U. S. Pretrial Services Office in the District of Minnesota.

**Special Conditions of Pretrial Release:**

Please reference the attached Order Setting Conditions of Release.

**VIOLATION(S):**

**Violation No. 1: The defendant shall not commit any offense in violation of federal, state or local law while on release in this case:**

On July 24, 2012, at approximately 1:05 a.m., the defendant was arrested by the police department in Minneapolis, Minnesota, for 5th Degree Domestic Assault. The alleged victim of the assault was the defendant's former wife, Kowdar Abdinur Mohamud. Bail was set at $500, but as of 2:00 p.m. on July 25, 2012, the defendant had been unable to make bail and remained in custody at the Hennepin County Jail. For the Court's review, a copy of the arrest related documents are attached to this petition. The defendant's next court appearance is scheduled for July 30, 2012, at 8:30 a.m. In the interim, the defendant is to have no contact with the alleged victim, undergo random drug testing, and not violate any additional laws.

**Current Status of Case:**

According to PACER, there is no court date currently scheduled before the Honorable William J. Haynes, Jr., U.S. District Judge.

**Probation Officer Action:**

This writer has been in ongoing contact with the U.S. Pretrial Services Office in Minneapolis, Minnesota, regarding Mr. Hashi and the above-reported noncompliance. Upon his release from the Hennepin County Jail and his next contact with his pretrial services officer in Minneapolis, he will be strongly reprimanded and reminded that a conviction in the pending domestic assault case or additional violations will most likely lead to a hearing before Your Honor and revocation of bond.

Honorable E. Clifton Knowles
U.S. Magistrate Judge
Petition for Action on
Hashi, Fatah Haji
Docket No. 3:10-00260-012
July 26, 2012

**Respectfully Petitioning the Court as Follows**:

It is respectfully recommended that the Court take no official action at this time. When disposition is entered regarding the pending domestic assault case, the Court will be advised. If the defendant is convicted and/or additional violations are committed, a separate petition will be prepared and a hearing requested.

The U.S. Attorney's Office has been advised of the defendant's arrest and concurs with the recommendation that no official action be taken by the Court at this time.

Submitted by:

_____
W. Burton Putman
Supervising U. S. Probation Officer


Approved:

_____
Vidette A. Putman
Supervising U.S. Probation Officer


xc:  Van S. Vincent, Assistant United States Attorney
     John G. Oliva, Defense Counsel


Attachments

### Case Supplement — Minneapolis Police Department — CCN: MP-12-229557

Supplement Number: 1
Author: 002791 - Joseph Haspert    Date Printed: Jul 25, 2012

Supplement of Off J.Haspert #002791 on 07/24/2012 02:29

On 7/24/2012 at approximately 0051 hours while working marked squad #311 in full MPD patrol uniform with, my partner, Officer Bennett and I were dispatched to McDonalds at 210 E Lake St on a FIGHT call. Remarks of the call stated, "M AND F IN PHYS...AIRED...SUSP DESC BM SOMALIAN 28YO...CLR NOT GIVING DESC...SUSP IN RED SHRIT AND BLK PANTS...ANOTHER CLR RPT'ING HER EX HUSB IS ATT'ING TO ASLT HER - AND EX HUSB FRIEND HERE - ATT'ING TO ASLT HER TOO...LIC 149JAV WHI HONDA INVOLVED...SUSP SADAH HASHI SOMALI/M 25 YO WRG RED SHIRT OTHER M SUSP IS ABDULLAHI ALI..."

On arrival I spoke with V1/Mohamud in the parking lot of McDonalds. I asked her to explain to me what had taken place prior to our arrival. V1/Mohamud turned and pointed to AP1/Hashi, who had returned to the scene and was standing behind her, and said that he tried to assault her. At this point AP1/Hashi said to V1/Mohamud that he was her husband and that he loved her. He walked up to V1/Mohamud and put his hand on her shoulder, which she jerked away from and told him not to touch her. I advised AP1/Hashi to back away from V1/Mohamud and he did. V1/Mohamud said that AP1/Hashi is her ex-husband and that she was out tonight and did not want him to know where she was. He found out that she was at the McDonalds and arrived with a group of friends in a white Honda and tried to persuade V1/Mohamud to get into the car with the group, but she refused. AP1/Hashi along with S1/Ali then put their hands on V1/Mohamud and attempted to physically drag V1/Mohamud into the car. AP1/Hashi was pulling V1/Mohamud by her arms while S1/Ali was pulling her by her shoulders and neck area. W1/Mendoza, who was parked next to the group and standing out of his car, was in fear for V1/Mohamud's safety and told AP1/Hashi and S1/Ali to leave V1/Mohamud alone or he was going to call the cops. AP1/Hashi and S1/Ali let go of V1/Mohamud and started yelling at W1/Mendoza. W1/Mendoza then called 911. S1/Ali turned to V1/Mohamud and told her that if she talked to the cops he would kill her. AP1/Hashi and S1/Ali then ran from the scene west on Lake St E and one of the other passengers in the white Honda drove it from McDonalds. AP1/Hashi arrived back at the scene shortly after running away on foot and just prior to our arrival.

V1/Mohamud stated that she was afraid during the assault of both AP1/Hashi and S1/Ali.

V1/Mohamud refused EMS.

AP1/Hashi was taken into custody without incident and placed in the rear of the squad car. As he was being placed in the rear of the squad he immediately began naming multiple amendments of the US Constitution and saying that he had rights. He was not questioned regarding the incident, but was informed he was being arrested for DOMESTIC ASSAULT 5. The squad MVR was not used.

AP1/Hashi and V1/Mohamud have been in a relationship for 3 years and have lived together for 1 ½ years. They have one child together. V1/Mohamud stated that AP1/Hashi is her ex-husband.

V1/Mohamud completed the MPD Victim's Domestic Violence Supplement, which will be property inventoried at City Hall.

V1/Mohamud was given a blue card and advised on an OFP.

Citizen's Council will be notified.

AP1/Hashi was transported to and booked at HCJ for DASLT5.

AP1/Hashi was not on the online PC Enhanced Felony list.

It is unknown at this time if the incident was captured on the McDonalds security cameras.

End of Supplement report for case MP-12-229557. Print ID: 189b8203-c7b6-4262-8bcd-14ced712a3f1

### Case Report — Minneapolis Police Department      CCN: MP-12-229557

**Report Details**

| | | | |
|---|---|---|---|
| Reporting Officer: | 002791: Joseph Haspert | Approval Status: | Approved |
| Assisting Officer: | 000413: Christopher Bennett | Approval Date: | Jul 24, 2012 |
| Supervising Officer: | 002429: Charles Green IV | Date Returned: | |
| Approving Supervisor: | 002429: Charles Dawes Green IV IV | Return Count: | 0 |
| Call/Sqd: | 311 | Date Printed: | Jul 25, 2012 |
| Precinct: | 03 | Last Uploaded: | Jul 24, 2012 |
| Related CCN: | -- | Solvability: | 170 |
| Reported Date: | Jul 24, 2012 01:43 | Primary Routed Unit: | 4117 - Domestic Assault |
| Entered By: | 002791 | | |

**Incident Details**

| | | | |
|---|---|---|---|
| Offense1: DASLT5 | Desc: 5th Deg Domes Aslt | Statute: 609.2242 | Attempted: |
| Address: | ▮▮▮▮▮▮▮▮ MINNEAPOLIS, MN 55408 | | |
| Occurred From: | 07/24/2012 00:49 | Dispatched: | 00:51:00 |
| Occurred To: | 07/24/2012 00:55 | Arrived: | 00:59:00 |
| Location: | Mcdonalds | Cleared: | 03:00:00 |
| Minor Involved: | No | | |

**Public Data**

AP1 was booked at HCJ for DOMESTIC ASSAULT 5.

S1 was GOA.

V1 refused EMS.

V1 was given a blue card.

AP1 was not on the online PC Enhanced Felony list.

REC: FURTHER INVESTIGATION

### Arrestee

| | | | |
|---|---|---|---|
| Role / Role #: | A001 | MPD#: | |
| Name: | Hashi, Fatah Haji | | |
| Residence: | ███████████ | | |
| | Minneapolis, MN 55414 | | |
| Telephone: | H:Uknown | | |
| Drv Lic #: | MN H200244298415 | | |
| Date of Birth: | ██/██/1987 | Event Age: 25 | Est. Age: 25 - 25 |
| Race: | Black | Medical Treatment: | No |
| Sex: | Male | Prior Injury: | No |
| Height: | 511 | | |
| Build: | ME | | |

### Arrest Information

| | | | |
|---|---|---|---|
| Arrest Address: | ███████████ | Precinct: | 03 |
| | MINNEAPOLIS, MN | | |
| Arrest Date: | Jul 24, 2012 01:05 | | |
| Arrest Location: | Mcdonalds | | |
| Disposition: | Booked County | | |
| Arresting Officer: | 000413: Bennett, Christopher J | Call/Sqd: | 311 |
| Arresting Officer: | 002791: Haspert, Joseph Roger | Call/Sqd: | 311 |

### Charges

| Status | Type | Charge Code | Statute | Citation | Related CCN |
|---|---|---|---|---|---|
| Other | Misdemeanor | DASLT5 - 5th Deg Domes Aslt | 609.2242 | | |

### Personal Description

| Category | Description | Related Offense | Comments |
|---|---|---|---|
| Appearance | Mad/Angry | DASLT5 | |
| Appearance | Unusual Body Odor | DASLT5 | |
| Complexion | Dark | DASLT5 | |
| Cultural Ethnic | Somali | DASLT5 | |
| Employment Status | Unknown | | |
| Facial Hair | Goatee | DASLT5 | |
| Force Used | No | | |
| Hair Color | Black | DASLT5 | |
| Hair Length | Short | DASLT5 | |
| Hair Style | Afro/Natural | DASLT5 | |
| Weapon Used | Hand/Feet/Bodily For | DASLT5 | |

### Victim

| | | | |
|---|---|---|---|
| Role / Role #: | V001 | | |
| Name: | Mohamud, Kowdar Abdinur | | |
| Residence: | ███████████ | | |
| | Saint Paul, MN 55119 | | |
| Telephone: | C:615-290-1436 | O:612-876-6563 | |
| Drv Lic #: | MN P786106780221 | | |
| Date of Birth: | ██/██/1989 | Event Age: 23 | Est. Age: 23 - 23 |
| Race: | Black | Medical Treatment: | R |
| Sex: | Female | Prior Injury: | Yes |
| Height: | 504 | City of Origin: | Mogadishu Sm |
| Build: | LI | | |
| Victim of: | DASLT5 | | |

# REGISTER OF ACTIONS
## CASE NO. 27-CR-12-23465

| | | |
|---|---|---|
| State of Minnesota vs FATAH HAJI HASHI | § § § § § | Case Type: Crim/Traf Mandatory<br>Date Filed: 07/24/2012<br>Location: Hennepin Criminal/Traffic/Petty Downtown |

### PARTY INFORMATION

| | | | | Lead Attorneys |
|---|---|---|---|---|
| Defendant | HASHI, FATAH HAJI<br>MINNEAPOLIS, MN 55414 | | Male<br>DOB: 1987 | AYODELE JESSICA FAMODU<br>*Public Defender*<br>612-348-2418(W) |
| Jurisdiction | State of Minnesota | | | LAUFELE MURPHY, Jr.<br>612-673-2016(W) |

### CHARGE INFORMATION

| Charges: HASHI, FATAH HAJI | Statute | Level | Date |
|---|---|---|---|
| 1. DOMESTIC ASSAULT-MISDEMEANOR-INTENTIONALLY INFLICTS/ATTEMPTS TO INFLICT BODILY HARM ON ANOTHER | 609.2242.1(2) | Misdemeanor | 07/24/2012 |

### EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**

07/25/2012 Plea (Judicial Officer: Brandt, Gina M.)
    1. DOMESTIC ASSAULT-MISDEMEANOR-INTENTIONALLY INFLICTS/ATTEMPTS TO INFLICT BODILY HARM ON ANOTHER
    Not guilty

**OTHER EVENTS AND HEARINGS**

07/24/2012 Tab Charge E-Filed
07/25/2012 Arraignment (9:30 AM) (Judicial Officer Brandt, Gina M.)
    Result: Held
07/25/2012 Application for Public Defender
07/25/2012 Application for Public Defender (Judicial Officer: Brandt, Gina M. )
07/25/2012 Order Granting Public Defender (Judicial Officer: Brandt, Gina M. )
07/25/2012 Interim Condition for HASHI, FATAH HAJI
    - Follow all instructions of probation
    - Post bond
      $500.00
    - Contact with probation
    - No alcohol/controlled substance use
    - No contact with victim(s)
    - Random testing
    - Remain law-abiding
    - Make all future court appearances
    - No non-prescription drugs
    - Follow all Conditions set forth in the Probation Agreement
07/25/2012 Notice of Appearance (Judicial Officer: Brandt, Gina M.)
07/25/2012 Order for Conditional Release (Judicial Officer: Brandt, Gina M. )
07/25/2012 Probation Referral Notification (Judicial Officer: Brandt, Gina M. )
07/25/2012 Demand-Speedy Trial (Judicial Officer: Brandt, Gina M. )
07/30/2012 Pre-trial (8:30 AM) (Judicial Officer Brandt, Gina M.)



FAQ  Help   July 25, 2012

Home > Sheriff's Jail Roster > Charge Details

## CHARGE DETAILS

| | |
|---|---|
| Full Name: | HASHI, FATAH .HAJI |
| Booking Number: | 2012020181 |
| Date of Birth: | ▉/1987 |
| Sheriff's Custody: | IN CUSTODY |
| Housing Location: | PUBLIC SAFETY FACILITY Address |
| Received Date/Time: | 7/24/2012  01:30 |
| Arrested By: | MINNEAPOLIS PD |

| Case/Count | Description of Charge | Charged By | Reason for Arrest | Severity of Charge | State of Charge | Bail Information | Court Appearance Date/Time | Court Appearance Location |
|---|---|---|---|---|---|---|---|---|
| 1/1 | DOMESTIC ASSAULT-MISDEMEANOR-INTENTIONALLY INFLICTS/ATTEMPTS TO INFLICT BODILY HARM ON ANOTHER | MINNEAPOLIS PD | TAB CHARGE | MISD | | $2,400 BAIL SET BY JAIL | 7/25/2012  09:30 | DOWNTOWN Address |

[SEARCH AGAIN]

*See next Page*



FAQ Help  July 25, 201

Home > Sheriff's Jail Roster > Charge Details

## CHARGE DETAILS

| | |
|---|---|
| Full Name: | HASHI, FATAH HAJI |
| Booking Number: | 2012020181 |
| Date of Birth: | ▮/1987 |
| Sheriff's Custody: | IN CUSTODY |
| Housing Location: | PUBLIC SAFETY FACILITY Address |
| Received Date/Time: | 7/24/2012 01:30 |
| Arrested By: | MINNEAPOLIS PD |

| Case/Count | Description of Charge | Charged By | Reason for Arrest | Severity of Charge | State of Charge | Bail Information | Next Court Appearance Date/Time | Court Appearance Location |
|---|---|---|---|---|---|---|---|---|
| 1/1 | DOMESTIC ASSAULT-MISDEMEANOR-INTENTIONALLY INFLICTS/ATTEMPTS TO INFLICT BODILY HARM ON ANOTHER | MINNEAPOLIS PD | TAB CHARGE | MISD | | $500 BAIL SET BY DC | 7/30/2012 08:30 | DOWNTOWN Address |

Case # 27CR12 23465

[SEARCH AGAIN]

Contact PO (Kowder Mohamud)
No Contact w/ Victim
No Drug use / Random Test
Law Abiding

Still has not Made
bail as of 2pm 7/25/12
Per Hen Co Jail.

Home | Residents | Business | Public Safety & Law | Government | About
Copyright © 2012 Hennepin County, Minnesota | www.Hennepin.us
Accessibility Policy | Contact Hennepin County | Privacy/Security Statement

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __TENNESSEE__

United States of America

V.

__FATAH HAJI HASHI__
Defendant

## ORDER SETTING CONDITIONS OF RELEASE

Case Number: 3:10-00260-12

IT IS ORDERED that the release of the defendant is subject to the following conditions:

H H·F (1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

H FH (2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

H HF (3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) _____
                                                                                                                        Place

_____ on _____
                        Date and Time

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ )  The defendant promises to appear at all proceedings as required and to surrender

(   )  The defendant executes an unsecured bond binding the defendant to pay _____ dollar ( _____ ) in the event of a failure to appear as required or to surrender as directed for

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL    SERVICES    U.S. ATTORNEY    U.S. MARSHAL



## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.
IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
(Name of person or organization) _____
(Address) _____
(City and state) _____ (Tel. No.) _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____   _____
              Custodian or Proxy                   Date

( X ) (7) The defendant shall:
- (X) (a) report to the U.S. Pretrial Services as directed, telephone number (615) 736-5771, not later than _____
- ( ) (b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property: _____
- ( ) (c) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described _____
- ( ) (d) execute a bail bond with solvent sureties in the amount of $ _____
- (X) (e) maintain or actively seek employment. Verifiable
- ( ) (f) maintain or commence an education program.
- (X) (g) surrender any passport to: Pretrial Services
- (X) (h) obtain no passport.
- (X) (i) abide by the following restrictions on ~~personal association, place of abode, or~~ travel: Middle District of Tennessee and District of Minnesota without prior approval of Pretrial Services
- (X) (j) avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: Somilia Outlaws or Somilia Mafia gangs and co-defendants on pending chages.
- ( ) (k) undergo medical or psychiatric treatment and/or remain in an institution as follows: _____
- ( ) (l) return to custody each (week) day as of _____ o'clock after being released each (week) day as of _____ o'clock for employment, schooling, or the following limited purpose(s):
- ( ) (m) maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.
- (X) (n) refrain from possessing a firearm, destructive device, or other dangerous weapons.
- (X) (o) refrain from ( ) any (X) excessive use of alcohol.
- (X) (p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
- (X) (q) submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.
- ( ) (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.
- (X) (s) refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing ~~or electronic monitoring~~ which is ~~(are)~~ required as a condition of release.
- ( ) (t) participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will or ( ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.
    - ( ) (i) Curfew. You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
    - ( ) (ii) Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or
    - ( ) (iii) Home Incarceration. You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.
- (X) (u) report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop. and within 48 hrs
- (X) (v) Shall permit Pretrial Services Officer to visit you at home or elsewhere at any time, and allow Pretrial Services Officer to confiscate any contraband in plain view.
- ( ) (w) _____
- ( ) (x) _____

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICES   U.S. ATTORNEY   U.S. MARSHAL

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____Hashi Qadah_____
Signature of Defendant

## Directions to United States Marshal

( x ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: May 4, 2012

Signature of Judicial Officer

E. CLIFTON KNOWLES, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL