# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:10-CR-00260(12) |
| | ) | Chief Judge Haynes |
| v. | ) | |
| | ) | |
| FATAH HAJI HASHI (12) | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Before the Court is Defendant Fatah Haji Hashi's motion to dismiss the remaining counts in the Indictment, Superseding Indictment, Second Superseding Indictment and Third Superseding Indictment against him. (Docket Entry No. 3242). Defendant Hashi cites his plea agreement that the Court accepted and approved. The plea agreement provides for the dismissal of all of the remaining counts as to Defendant Hashi after sentencing. Plea Agreement at ¶ 14. Pursuant to the plea agreement and his sentencing, this motion is **GRANTED** and all remaining counts that pertain to Defendant Haji in the Third Superseding Indictment as well as the Second Superseding Indictment, the First Superseding Indictment, and the Indictment are **DISMISSED** with prejudice.

It is so **ORDERED**.

ENTERED this the ___19th___ day of August, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court